HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREN E. RAMEY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOLINA HEALTHCARE INC.,<br><br>　　　　　Defendant. | CASE NO. 3:23-cv-05768-RAJ<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATED MOTION TO SEAL DOCUMENTS |

　　　THIS MATTER comes before the Court on the parties' Stipulated Motion to Seal Documents in support of the Reply to Plaintiff's Motion to Compel.  Dkt. # 42.

　　　The Court, having considered the Motion, and being familiar with the files and pleadings in this matter, is fully advised and finds good cause for permitting the seal of confidential documents and information.

ORDER – 1

Based on the foregoing reasons, the Court **GRANTS** the parties' Stipulated Motion to Seal Documents. Dkt. # 42. The Court hereby **ORDERS** the sealing of the unredacted version of the Reply to the Motion to Compel. Dkt. # 42.

Dated this 27th day of January, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2