The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAUREN E. RAMEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLINA HEALTHCARE INC.,<br><br>Defendant. | CASE NO. 3:23-cv-05768-RAJ<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Lauren Ramey and Defendant Molina Healthcare Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: June 24, 2025                    Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

Eric Draluck
WSBA # 19881
271 Winslow Way E., #11647
Bainbridge Island, WA 98110
Telephone 206-605-1424
Email: eric@dralucklaw.com

*Attorneys for Plaintiff and the putative Class*

*/s/Anne M. Talcott*
Anne M. Talcott, WSBA #26886
Email: atalcott@schwabe.com
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-7472

Karleen J. Scharer, WSBA #48101
Email: kscharer@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711
Facsimile: 206-292-0460

Razvan Ungureanu (*pro hac vice*)
Texas Bar No. 24085630
rungureanu@steptoe.com
Hector R. Chavez III (*pro hac vice*)
Texas Bar No. 24078335
hchavez@steptoe.com
W. Henry Legg (*pro hac vice*)
Texas Bar No. 24116661
wlegg@steptoe.com
STEPTOE LLP
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761
Tel:  (713) 221-2300
Fax:  (713) 221-2320

Daniel S. Blynn (*pro hac vice*)
D.C. Bar No. 488934
dblynn@steptoe.com
STEPTOE LLP
1330 Connecticut Avenue, NW

Washington DC 20036
Tel: (202) 429-3000
Fax: (202) 429-3902

*Attorneys for Molina Healthcare, Inc.*

**STIPULATION OF DISMISSAL** 3
**CASE NO. 3:23-CV-05768-RAJ**